# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Patrick O'Brian Artis,

        Plaintiff(s),                               JUDGMENT IN A CIVIL CASE

vs.                                                                    3:06-cv-439

United States of America

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 26, 2006 Order.

**Signed: October 27, 2006**

*[signature]*

Frank G. Johns, Clerk
United States District Court