# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Patrick O'Brian Artis,

        Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                              3:06-cv-439

United States of America

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 26, 2006 Order.

**Signed: October 27, 2006**

Frank G. Johns, Clerk
United States District Court